IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAR 15 P 12: 38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, 2801 Horace Shepard Drive Dothan, Alabama 36303, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MONTGOMERY AND ASSOCIATES, M.D., P.A. (successor by name change to MONTGOMERY & WARMUTH, M.D., P.A.), 300 Health Park Blvd., Suite 1006 St. Augustine, FL 32086, | ) ) ) ) ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION NO.
1:06cv241-WHA

## RULE 7.1 STATEMENT OF PLAINTIFF ASD SPECIALTY HEALTHCARE, INC. D/B/A ONCOLOGY SUPPLY COMPANY

COMES NOW Plaintiff, ASD Specialty Healthcare, Inc., ("ASD"), d/b/a Oncology Supply Company ("OSC"), by and through its counsel, and states that the only publicly held corporation that owns any of its stock is AmerisourceBergen Corporation.

Respectfully submitted,

/s/ Heath A. Fite
Reid S. Manley (MAN039)
Heath A. Fite (FIT011)

Attorneys for Plaintiff
ASD SPECIALTY HEALTHCARE, INC.

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

TO BE SERVED WITH SUMMONS

1446045