ASD

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nancy Hollingsworth_    ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Nancy Hollingsworth    C. Date of Delivery: 3/20/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

   Montgomery and Associates, M.D., P.A.
   c/o Daniele J. Montgomery
   7672 A1A South
   St. Augustine, Florida 32086

   1:06cv241 (Cmp/Summ 20 dys)

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 3918 4292

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540