**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ) <br> ONCOLOGY SUPPLY COMPANY,                  ) <br> 2801 Horace Shepard Drive                       ) <br> Dothan, Alabama 36303,                            ) <br>                                                                  ) <br>       **Plaintiff**,                                    ) <br>                                                                  ) <br> v.                                                                ) <br>                                                                  ) <br> MONTGOMERY AND ASSOCIATES, M.D.,  ) <br> P.A. (successor by name change to             ) <br> MONTGOMERY & WARMUTH, M.D., P.A.), ) <br> 300 Health Park Blvd., Suite 1006               ) <br> St. Augustine, FL 32086,                            ) <br>                                                                  ) <br>       **Defendant**.                                ) | **CIVIL ACTION NO.** <br> **1:06CV241-WHA** |

**ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT**

The Defendant, Montgomery and Associates, M.D., P.A., successor by name change to Montgomery & Warmuth, M.D., P.A. ("Montgomery" or "Defendant"), by and though its counsel, hereby answers the Complaint filed in this action by the Plaintiff, ASD Specialty Healthcare, Inc., ("ASD"), d/b/a Oncology Supply Company ("OSC"), as follows:

**ANSWER**

1. Defendant is without sufficient knowledge as to the allegations in paragraph 1 of the Complaint, therefore, those allegations are denied for procedural purposes.

2. Defendant admits the allegations in paragraph 2 of the Complaint.

3. Defendant admits the allegations in paragraph 3 of the Complaint.

4. Defendant denies the allegations in paragraph 4 of the Complaint.

5. Defendant denies the allegations in paragraph 5 of the Complaint.

6. Defendant admits the allegations in paragraph 6 of the Complaint.

7. Defendant denies the allegations in paragraph 7 of the Complaint.

8. Defendant denies the allegations in paragraph 8 of the Complaint.

9. Defendant denies the allegations in paragraph 9 of the Complaint.

10. Defendant denies the allegations in paragraph 10 of the Complaint.

11. Defendant denies the allegations in paragraph 11 of the Complaint.

12. The averments in paragraph 12 of the Complaint require no response.

13. Defendant denies the allegations in paragraph 13 of the Complaint.

14. Defendant denies the allegations in paragraph 14 of the Complaint.

15. Defendant denies the allegations in paragraph 15 of the Complaint.

16. Defendant denies the allegations in paragraph 16 of the Complaint.

17. The averments in paragraph 17 of the Complaint require no response.

18. Defendant denies the allegations in paragraph 18 of the Complaint.

19. Defendant denies the allegations in paragraph 19 of the Complaint.

20. Defendant denies the allegations in paragraph 20 of the Complaint.

21. Defendant denies the allegations in paragraph 21 of the Complaint.

22. Defendant denies the allegations in paragraph 22 of the Complaint.

23. Defendant denies the allegations in paragraph 23 of the Complaint.

24. The averments in paragraph 24 of the Complaint require no response.

25. Defendant denies the allegations in paragraph 25 of the Complaint.

26. Defendant denies the allegations in paragraph 26 of the Complaint.

27. Defendant denies the allegations in paragraph 27 of the Complaint.

28. Defendant denies the allegations in paragraph 28 of the Complaint.

29. Defendant denies the allegations in paragraph 29 of the Complaint.

30. Defendant denies the allegations in paragraph 30 of the Complaint.

31. Defendant denies the allegations in paragraph 31 of the Complaint.

32. The averments in paragraph 32 of the Complaint require no response.

33. Defendant denies the allegations in paragraph 33 of the Complaint.

34. Defendant denies the allegations in paragraph 34 of the Complaint.

35. Defendant denies the allegations in paragraph 35 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over the person of the Defendant.

## SECOND AFFIRMATIVE DEFENSE

This action is brought in an improper venue.

## THIRD AFFIRMATIVE DEFENSE

As for each count of the Complaint, the Plaintiff has failed to state a claim upon which relief may be granted.

DATE: April 10, 2006                                   Respectfully submitted,

 

s/ Charles L. Truncale
Charles L. Truncale
Alabama Bar No.: ASB-0145-C42C
Attorney for Defendant (Montgomery and Associates, M.D., P.A.)
Law Office of Charles L. Truncale, LLC
1510 No. Ponce de Leon Blvd., Suite B
St. Augustine, FL 32084
Telephone: (904) 823-1234
Fax: (904) 824-5709
E-mail: ctruncale@comcast.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Heath A. Fite and Reid S. Manley, attorneys for Plaintiff, BURR & FORMAN LLP, 3100 Wachovia Tower, 420 North 20th Street, Birmingham, Alabama 35203-5206.

      Respectfully submitted,

      s/ Charles L. Truncale
      Charles L. Truncale
      Attorney for Defendant
      Montgomery and Associates, M.D., P.A.