## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ) | | |
| ONCOLOGY SUPPLY COMPANY, ) | | |
| 2801 Horace Shepard Drive ) | | |
| Dothan, Alabama 36303, ) | | |
| ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | CIVIL ACTION NO. | |
| ) | <u>1:06CV241-WHA</u> | |
| MONTGOMERY AND ASSOCIATES, M.D., ) | | |
| P.A. (successor by name change to ) | | |
| MONTGOMERY & WARMUTH, M.D., P.A.), ) | | |
| 300 Health Park Blvd., Suite 1006 ) | | |
| St. Augustine, FL 32086, ) | | |
| ) | | |
|     Defendant. ) | | |

## CORPORATE DISCLOSURE STATEMENT

The Defendant, Montgomery and Associates, M.D., P.A., pursuant to Fed. R. Civ. P. 7.1(a) and M.D. Ala. Order in Civil Misc. No. 3047, states that it has no parent company, or subsidiary, affiliate, or other corporation that owns or has issued any of its shares of its stock to the public.

Date: April 10, 2006

Respectfully submitted,

s/ Charles L. Truncale
Charles L. Truncale
Alabama Bar No.: ASB-0145-C42C
Attorney for Defendant (Montgomery and Associates, M.D., P.A.)
Law Office of Charles L. Truncale, LLC
1510 No. Ponce de Leon Blvd., Suite B
St. Augustine, FL 32084
Telephone: (904) 823-1234
Fax: (904) 824-5709
E-mail: ctruncale@comcast.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Heath A. Fite and Reid S. Manley, attorneys for Plaintiff, BURR & FORMAN LLP, 3100 Wachovia Tower, 420 North 20th Street, Birmingham, Alabama 35203-5206.

Respectfully submitted,

s/ Charles L. Truncale
Charles L. Truncale
Attorney for Defendant
Montgomery and Associates, M.D., P.A.