IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a )<br>ONCOLOGY SUPPLY COMPANY, )<br>2801 Horace Shepard Drive )<br>Dothan, Alabama 36303, )<br>                                                                      )<br>        **Plaintiff,** )<br>                                                                      )<br>v.                                                                    )<br>                                                                      )<br>MONTGOMERY AND ASSOCIATES, M.D., )<br>P.A. (successor by name change to            )<br>MONTGOMERY & WARMUTH, M.D., P.A.), )<br>300 Health Park Blvd., Suite 1006            )<br>St. Augustine, FL 32086,                         )<br>                                                                      )<br>        **Defendant.** )  | CIVIL ACTION NO.<br><u>**1:06CV241-WHA**</u> |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Charles L. Truncale enters his appearance on behalf of the Defendant, Montgomery and Associates, M.D., P.A. in this action.

Date: April 10, 2006                               Respectfully submitted,

                                                              s/ Charles L. Truncale
                                                              Charles L. Truncale
                                                              Alabama Bar No.: ASB-0145-C42C
                                                              Alernative Id. No.: ▮▮▮▮
                                                              Attorney for Defendant (Montgomery and
                                                              Associates, M.D., P.A.)
                                                              Law Office of Charles L. Truncale, LLC
                                                              1510 No. Ponce de Leon Blvd., Suite B
                                                              St. Augustine, FL 32084
                                                              Telephone: (904) 823-1234
                                                              Fax: (904) 824-5709
                                                              E-mail: ctruncale@comcast.net

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Heath A. Fite and Reid S. Manley, attorneys for Plaintiff, BURR & FORMAN LLP, 3100 Wachovia Tower, 420 North 20th Street, Birmingham, Alabama 35203-5206.

        Respectfully submitted,

        s/ Charles L. Truncale
        Charles L. Truncale
        Attorney for Defendant
        Montgomery and Associates, M.D., P.A.