IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE, INC. d/b/a )
ONCOLOGY SUPPLY COMPANY,              )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )   CIVIL ACTION NO.
                                      )   1:06-cv-241-WHA
MONTGOMERY AND ASSOCIATES, M.D.,      )
P.A. (successor by name change to     )
MONTGOMERY & WARMUTH, M.D., P.A.,     )
                                      )
    Defendant.                        )

## RULE 26(F) REPORT OF PARTIES' PLANNING MEETING

1.  Counsel for Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company and Defendant Montgomery and Associates, M.D., P.A. conducted a party planning meeting pursuant to Fed. R. Civ. P. 26(f) on April 18, 2006.

2.  **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) on or before May 12, 2006.

3.  **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    a.  Discovery will be needed on all claims by Plaintiff and all defenses by Defendant.

    b.  All Discovery commenced in time to be completed by December 31, 2006.

    c.  Maximum of **40** interrogatories by each party to any other party.

        Responses due **30** days after service.

1453876

    d.    Maximum of **40** requests for production by each party to any other party.

           Responses due **30** days after service.

    e.    Maximum of **40** requests for admission by each party to any other party.

           Responses due **30** days after service.

    f.    Each party shall be allowed to take a maximum of **5** depositions.

    g.    Reports from retained experts under Rule 26(a)(2) due:

           from Plaintiff by September 8, 2006;

           from Defendant by October 6, 2006.

    h.    Supplementations under Rule 26(e) due no later than 30 days before the close of discovery.

4. **OTHER ITEMS**

    a.    The parties do not request a conference with the Court before entry of the Scheduling Order.

    b.    The parties request a pretrial conference in January 2007.

    c.    The parties should be allowed until July 21, 2006, to join additional parties and to amend pleadings.

    d.    All potentially dispositive motions should be filed by November 17, 2006.

    e.    Settlement cannot be evaluated at this time.

    f.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due forty-five days before trial is set.

    g.    Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    h.    In the event a settlement is not reached, the case should be ready for trial by March 12, 2007, and, at this time, is expected to take approximately one (1) day.

Respectfully submitted: April 18, 2006.

_/s/ Heath A. Fite_
Reid S. Manley (MAN039)
Heath A. Fite (FIT011)

Attorneys for Plaintiff
ASD SPECIALTY HEALTHCARE, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100


_____
Charles L. Truncale (TRU005)

Attorney for Defendant
Montgomery and Associates, M.D., P.A.

**OF COUNSEL:**

**Law Office of Charles L. Truncale, LLC**
1510 N. Ponce de Leon Blvd.
Suite B
St. Augustine, Florida 35084
Telephone: 904-823-1234
Facsimile: 904-824-5709
Email: ctruncale@comcast.net

        Reid S. Manley (MAN039)
        Heath A. Fite (FIT011)

        Attorneys for Plaintiff
        ASD SPECIALTY HEALTHCARE, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

        */s/ Charles L. Truncale*
        Charles L. Truncale (TRU005)

        Attorney for Defendant
        Montgomery and Associates, M.D., P.A.

**OF COUNSEL:**

**Law Office of Charles L. Truncale, LLC**
1510 N. Ponce de Leon Blvd.
Suite B
St. Augustine, Florida 35084
Telephone: 904-823-1234
Facsimile: 904-824-5709
Email: ctruncale@comcast.net

1453876      3