IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC.,<br>2801 Horace Shepard Drive<br>Dothan, Alabama 36303,<br><br>   Plaintiff,<br><br>v.<br><br>MONTGOMERY AND ASSOCIATES, M.D.,<br>P.A. (successor by name change to<br>MONTGOMERY & WARMUTH, M.D., P.A.),<br>300 Health Park Blvd., Suite 1006<br>St. Augustine, FL 32086,<br><br>   Defendant. | CIVIL ACTION NO.<br>1:06-CV-241-WHA |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

The Plaintiff, ASD Specialty Healthcare, Inc., ("ASD"), by and through its counsel, hereby moves this Honorable Court for leave to file the attached First Amended Complaint. In support of this motion, Plaintiff states the following:

1. ASD filed this action on March 15, 2006, to obtain payment for the medical and pharmaceutical products it supplied to Defendant.

2. On April 19, 2006, the Court entered a scheduling order which provides that motions to amend the pleadings or to join additional parties shall be filed on or before July 21, 2006.

3. Plaintiff seeks to amend its Complaint to correct two clerical errors. The first appears in Paragraph 1 of its Complaint, which reads:

**MOTION GRANTED**

SO ORDERED
THIS 22nd DAY OF June, 2006

UNITED STATES DISTRICT JUDGE

1476291