IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTGOMERY AND ASSOCIATES, M.D., P.A., successor by name change to MONTGOMERY & WARMUTH, M.D., P.A., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:06cv241-WHA |

## MOTION FOR SUMMARY JUDGMENT

The Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply, by and through its counsel, hereby moves this Honorable Court for summary judgment against the Defendant, Montgomery & Associates, M.D., P.A., successor by name change to Montgomery & Warmuth, M.D., P.A. In support of its motion, the Plaintiff relies upon the statements and legal arguments contained within the concurrently filed memorandum of law and the exhibits attached thereto, which are incorporated herein by this reference.

Respectfully submitted,

/s/ Heath A. Fite
Heath A. Fite (FIT011)

An Attorney for Plaintiff
ASD SPECIALTY HEALTHCARE, INC.

1506136

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 4th day of October, 2006:

Charles L. Truncale, Esquire
Law Office of Charles L. Truncale, LLC
1510 North Ponce de Leon Blvd. Suite B
St. Augustine, FL 32084

                                           /s/ Heath A. Fite _____
                                           Of Counsel