UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE, INC.
d/b/a ONCOLOGY SUPPLY COMPANY
2801 Horace Shepard Drive
Dothan, Alabama 36303

    Plaintiff,

v.

Civil Action No.:
1:06-cv-241-WHA

MONTGOMERY & ASSOCIATES, M.D., P.A.,
successor by name change to MONTGOMERY
& WARMUTH, M.D., P.A.
300 Health Park Blvd., Suite 1006
Saint Augustine, FL 32086

    Defendant.

_____/

DEFENDANT'S RESPONSE TO THE PLAINTIFF'S FIRST SET OF
REQUESTS FOP ADMISSIONS ADDRESSED TO THE DEEFENDANT

Pursuant to Feds. R. Civ. P. 36(a), the Defendant, MONTGOMERY & ASSOCIATES, M.D., P.A., through its undersigned counsel, responds to The Plaintiff's First Set of Requests for Admissions Addressed to the Defendant (a copy of which is attached to this response), stating as follows:

1.    Request for Admission No. 1 is admitted.

2.    Request for Admission No. 2 is admitted.

3.    Request for Admission No. 3 is admitted.



EXHIBIT "3"

4. Request for Admission No. 4 is admitted.

5. Request for Admission No. 5 is admitted.

6. Request for Admission No. 6 is admitted.

7. Request for Admission No. 7 is denied to the extent that Exhibit "A" reflects payments on certain invoices; otherwise, the request is admitted.

8. Request for Admission No. 8 is admitted with the qualification that certain payments have been made on certain invoices as reflected in Exhibit "A."

9. Request for Admission No. 9 is admitted.

10. Request for Admission No. 10 is admitted.

11. Request for Admission No. 11 is admitted with the qualification that the solicitation of business occurred by phone, fax, letter, or email communications from the defendant while in St. Augustine, Florida to the plaintiff while in Dothan, Alabama.

12. Request for Admission No. 12 is admitted with the qualification that the negotiation of business occurred by phone, fax, letter, or email communications from the defendant while in St. Augustine, Florida to the plaintiff while in Dothan, Alabama.

13. Request for Admission No. 13 is admitted.

14. Request for Admission No. 14 is admitted with the qualification that

the communications occurred by phone, fax, letter, or email from the defendant while in St. Augustine, Florida to the plaintiff while in Dothan, Alabama.

15. Request for Admission No. 15 is admitted with the qualification that any documents submitted by the defendant were submitted while the defendant was in St. Augustine, Florida and sent to the plaintiff in Dothan, Alabama.

16. Request for Admission No. 16 is denied to the extent that the term "contracted" is ambiguous and that the parties did not execute a written contract. The defendant, however, admits to having submitted a completed credit application from St. Augustine, Florida to the plaintiff in Dothan, Alabama. See Exhibit "B" to the Plaintiff's Requests for Admissions.

17. Request for Admission No. 17 is denied to the extent that there were no written agreements, rather there was a completed credit application that was approved by the plaintiff. See Exhibit "B" to the Plaintiff's Requests for Admissions. In all other respects, the request for admission is admitted.

18. Request for Admission No. 18 is admitted.

19. Request for Admission No. 19 is denied to the extent that the parties did not execute a written contract. The defendant, however, admits that the plaintiff has complied fully with the parties' understanding that the plaintiff would supply goods to the defendant and would invoice the defendant for payment.

20. The defendant objects to Request for Admission No. 20 because the request is an incomplete sentence which is incapable of admission or denial.

21. Request for Admission No. 21 is admitted.

22. Request for Admission No. 22 is admitted.

23. Request for Admission No. 23 is admitted.

24. Request for Admission No. 24 is admitted.

Respectfully submitted on this the 7th day of August, 2006.

_____
CHARLES L. TRUNCALE
Ala. Bar No.: ASB-0145-C42C
LAW OFFICES OF
CHARLES L. TRUNCALE, LLC
1510 No. Ponce de Leon Blvd.
St. Augustine, FL 32084
Telephone:  (904) 823-1234
Facsimile:  (904) 262-1674
E-mail: ctruncale@aug.com or
           ctruncale@comcast.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7th, 2006, I caused a true and correct copy of the foregoing responses to the plaintiff's requests for admissions by U.S. Mail, postage prepaid, and by facsimile delivery to the following counsel for plaintiff:

>Heath A. Fite, Esquire
>BURR & FORMAN, LLP
>3100 Wachovia Tower
>420 North 20th Street
>Birmingham, Alabama 35203

_____
CHARLES L. TRUNCALE
Ala. Bar No.: ASB-0145-C42C
Attorney for Defendant