IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a Oncology Supply, <br><br>    Plaintiff, <br><br> vs. <br><br> MONTGOMERY AND ASSOCIATES, M.D., P.A., etc., <br><br>    Defendant. | ) ) ) ) ) ) CIVIL ACTION NO. 1:06cv241-WHA ) ) ) ) ) |

## ORDER

The Plaintiff's Motion for Summary Judgment (Doc. # 14), filed on October 4, 2006, will be deemed submitted to this Court on November 2, 2006, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by November 2, 2006. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Defendant wishes to file in opposition to said motion shall be filed on or before October 26, 2006.

The Plaintiff shall have until November 2, 2006, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 4th day of October, 2006.

                                          /s/ W. Harold Albritton  
                                          W. HAROLD ALBRITTON  
                                          SENIOR UNITED STATES DISTRICT JUDGE

Case 1:06-cv-00241-WHA-SRW    Document 16    Filed 10/05/2006    Page 2 of 2