UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE,
INC. d/b/a ONCOLOGY SUPPLY,

    Plaintiff,

v.                                            CIVIL ACTION No. 1:06cv241WHA

MONTGOMERY AND ASSOCIATES,
M.D., P.A., successor by name change to
MONTGOMERY & WARMUTH, M.D., P.A.

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

    Defendant, MONTGOMERY AND ASSOCIATES, M.D., P.A., through its undersigned counsel, responds to Plaintiff's Motion for Summary Judgment, stating as follows:

    1.    Defendant does not object to the Plaintiff's Motion for Summary Judgment.

Respectfully submitted on this the 26th day of October, 2006.

                                                           /s/ Charles L. Truncale
                                                           CHARLES L. TRUNCALE (TRU005)
                                                           LAW OFFICES OF
                                                           CHARLES L. TRUNCALE, LLC
                                                           14252 Palmetto Springs Street
                                                           Jacksonville, FL 32258
                                                           Telephone:  (904) 262-1664
                                                           Facsimile:   (904) 262-1674
                                                           E-mail: ctruncale@aug.com


                                                           Counsel for Defendant

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 26, 2006, I electronically filed the foregoing with the clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Heath Alan Fite and Reid Stephen Manley, Burr & Forman, LLP, 420 North twentieth Street, Suite 3100, Birmingham, AL 35203.

                                                     /s/ Charles L. Truncale
                                                     CHARLES L. TRUNCALE (TRU005)