IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY, <br><br> Plaintiff, <br><br> v. <br><br> MONTGOMERY AND ASSOCIATES, M.D., P.A., successor by name change to MONTGOMERY & WARMUTH, M.D., P.A., <br><br> Defendant. | CIVIL ACTION NO. 1:06cv241-WHA |

## PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply, by and through its counsel, hereby submits this Reply in Support of its Motion for Summary Judgment ("Motion") against the Defendant, Montgomery & Associates, M.D., P.A., successor by name change to Montgomery & Warmuth, M.D., P.A. In support of its motion, the Plaintiff notes that Defendant's Response to the Motion indicated that it does not object to the Motion. Accordingly, Plaintiff urges that the Motion should be granted in its entirety and, for the Court's convenience, submits a proposed Order to that effect attached hereto as Exhibit "1".

Respectfully submitted,

/s/ Heath A. Fite
Heath A. Fite (FIT011)

An Attorney for Plaintiff
ASD SPECIALTY HEALTHCARE, INC.

1513483

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 30th day of October, 2006:

Charles L. Truncale, Esquire
Law Office of Charles L. Truncale, LLC
1510 North Ponce de Leon Blvd. Suite B
St. Augustine, FL 32084

/s/ Heath A. Fite
Of Counsel