IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY AND ASSOCIATES, M.D., P.A., successor by name change to MONTGOMERY & WARMUTH, M.D., P.A.,<br><br>Defendant. | CIVIL ACTION NO. 1:06cv241-WHA |

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of the Motion of the Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply, for Summary Judgment (the "Motion"), all papers filed in support thereof and in opposition thereto, and, particularly, Defendant's Response to the Motion in which Defendant conceded that it had no objection to the Motion, it is hereby ORDERED that:

1. The Motion is GRANTED in its entirety.

2. Judgment is hereby ENTERED in favor of the Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply, and against the Defendant Montgomery & Associates, M.D., P.A., successor by name change to Montgomery & Warmuth, M.D., P.A., on all Counts of the First Amended Complaint in the amount of $609,630.55, plus prejudgment interest at the contractual rate of eighteen per cent (18%) per annum from and after December 1, 2005 through _____, in the amount of $_____, (at the per diem rate of $300.64), for a total judgment, as of _____ in the amount of

1506113

EXHIBIT "1"

$_____, plus interest from and after _____ until payment of the judgment in full, at the contractual rate of eighteen percent (18%) per annum.

      3.  The plaintiff is also awarded, in accordance with the parties' agreement, its attorney's fees and costs and is directed to submit by _____, 2006, a certification of its fees for inclusion in the judgment.

BY THE COURT:


_____
Hon. W. Harold Albritton,
United States District Judge