IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, <br><br>    **Plaintiff,** <br><br> v. <br><br> MONTGOMERY AND ASSOCIATES, M.D., P.A. (successor by name change to MONTGOMERY & WARMUTH, M.D., P.A., <br><br>    **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO. 1:06cv241-WHA |

**NOTICE OF FILING BY ASD SPECIALTY
HEALTHCARE, INC. D/B/A ONCOLOGY SUPPLY**

**COMES NOW**, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply (hereinafter "ASD"), and pursuant to the Court's Order of November 2, 2006, hereby files the attached as follows:

1.   Declaration of Fees, executed by Heath A. Fite, Esquire, attached hereto as Exhibit "1", seeking the total amount of $1,118.40.

2.   Declaration of Fees, executed by Shahan G. Teberian, Esquire, attached hereto as Exhibit "2", seeking the total amount of $7,652.37.

3.   Based on the Declarations of Mr. Fite and Ms. Teberian, the total amount of fees and expenses sought in this matter is $8,770.77.

Dated this the 15th day of November, 2006.

1518818

          Respectfully submitted,


          s/Elizabeth B. Shirley
          Elizabeth B. Shirley ASB-8958-E56B

          Attorneys for Plaintiff
          ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 15th day of November, 2006:

         Charles L. Truncale, Esquire
       Law Office of Charles L. Truncale, LLC
      1510 North Ponce de Leon Blvd. Suite B
          St. Augustine, FL 32084


          s/Elizabeth B. Shirley
          Of Counsel