IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:06cv241-WHA |
| MONTGOMERY AND ASSOCIATES, M.D., P.A. (successor by name change to MONTGOMERY & WARMUTH, M.D., P.A., ) ) ) ) | |
| Defendant. ) | |

## DECLARATION OF FEES

COUNTY OF JEFFERSON)

STATE OF ALABAMA    )

Heath A. Fite, Esquire, an adult individual, being duly sworn according to law, deposes and states as follows:

1.  I am an associate at the law firm of Burr & Forman LLP, which serves as counsel for the Plaintiff, ASD Specialty Health Care, Inc., d/b/a/ Oncology Supply ("ASD"), in the above-captioned action.

2.  I am submitting this Declaration of Fees in accordance with the Court's direction.

3.  The fees and costs incurred by ASD for services rendered by this firm through October 31, 2006, equal $2,937.18, of which $2,480.50 represents attorney fees, $82.50 represents paralegal fees, and $374.18 represents costs and expenses. Burr & Forman has been paid by Klehr, Harrison, Harvey, Branzburg & Ellers, LLP the amount of $1,818.78, leaving an outstanding balance of $1,118.40, which represents Burr & Forman's October, 2006 fees and expenses.

4.  I performed the services provided by this firm on the above-captioned action at an hourly rate of $205.00.

5.  These hourly rates were and are within the range of prevailing market rates in the Birmingham, Alabama legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation.



PLAINTIFF'S
EXHIBIT
1

6. Attached hereto as Exhibit "A" is my biography, the contents of which are true and correct, and which reflects that I have significant experience in commercial litigation generally and handling disputes on behalf of lenders specifically.

7. I, therefore, respectfully submit that the hourly rates charged by me for services rendered on the above-captioned action are reasonable for an attorney of my relative skills, experience, and reputation.

8. Additionally, the charges billed by this firm represent charges for work that was reasonably necessary.

9. From inception through October 30, 2006, I worked 12.1 hours on the prosecution of this action. Attached hereto as Exhibit "B" is a general summary of the tasks performed, and of the approximate time billed on the above-captioned action to date.

10. I respectfully submit that this Court may utilize its own experience to determine the reasonableness of the hourly rates charged by me, of the hours spent on this matter, and of the costs charged.

I could testify competently as to these matters if called upon so to do. I make these statements upon penalty of perjury.

Respectfully submitted,

_____
Heath A. Fite, Esquire

STATE OF ALABAMA    )

COUNTY OF JEFFERSON    )

Sworn to and subscribed before me, this 3rd day of November, 2006.

_____
NOTARY PUBLIC

[SEAL]

My Commission Expires: 02/02/10

Attorney Bios



## Heath A. Fite // *Associate*

Financial Services

Expertise

Birmingham Office
Phone (205) 458-5112
Fax (205) 244-5636
E-Mail hfite@burr.com

Legal Secretary
Norma Henley, PLS, (205) 458-5113, nhenley@burr.com

### About Heath

Heath practices in the firm's Litigation section and handles commercial disputes in state and federal trial and appellate courts in Mississippi and Alabama and in arbitration. Heath regularly represents financial institutions, including banks, mortgage companies, and finance companies, in all manner of disputes with consumer and commercial borrowers. Heath has experience in representing corporate defendants against allegations of Truth in Lending Act ("TILA") and Fair Credit Reporting Act ("FCRA") violations, and recently spoke about FCRA and identity theft at a CLE seminar.

Before attending Vanderbilt University Law School, Heath received his B.A., *cum laude*, from Vanderbilt University, with majors in Mathematics and Philosophy, and his M.A. in Philosophy from the University of Kentucky. Following law school, he served as a judicial clerk to the Honorable Sharon Lovelace Blackburn, U.S. District Court for the Northern District of Alabama in the 2001-2002 term.

### Heath Cross Examined

**What are your hobbies?** I enjoy spending time with my family, playing guitar and target shooting.

Education
- J.D., Vanderbilt University Law School
- M.A., Philosophy, University of Kentucky
- B.A., *cum laude*, Vanderbilt University

Bar Associations
- American Bar Association
- Alabama State Bar
- Mississippi State Bar
- Birmingham Bar Association



EXHIBIT A

11/3/2006

11/3/2006

## ITEMIZATION OF FEES AND COSTS:

### March 2006:

Attorney time:

1.2 hours @ $205/hour: Review complaint; confer with Court regarding filing instructions; prepare and edit Summons and Rule 7.1 Statement

0.2 hours @ $205/hour: Receive and review Court confirmation of filing and forward same to general counsel;

0.1 hours @ $205/hour: Receive and review Return of Service and docket deadline for Defendant's response to complaint

0.4 hours @ $205/hour: Confer with defendant's counsel about settlement possibilities and inform general counsel of same

### April 2006:

Attorney time:

0.1 hours @ $205/hour: Receipt and review of Rule 26(f) Order

0.6 hours @ $205/hour: Draft and edit Proposed Rule 26(f) Report; correspondence to counsel enclosing same

0.4 hours @ $205/hour: Conduct Rule 26(f) conference and file report of same with Court

0.2 hours @ $205/hour: Review Scheduling Order regarding relevant deadlines and inform co-counsel of same

0.2 hours @ $205/hour: Propound Initial Disclosures

0.4 hours @ $205/hour: Confer with Defendant's counsel regarding Initial Disclosures and settlement possibilities and inform general counsel regarding same

1.2 hours @ $205/hour: Review and edit discovery requests to Defendant, including interrogatories, requests for production, and requests for admissions

1.3 hours @ $205/hour: Draft, edit, and file Motion to Amend Complaint and Amended Complaint to correct ambiguity/clerical error in pleading

0.2 hours @ $205/hour: Review Order granting Motion to Amend Complaint; edit and file First Amended Complaint



EXHIBIT B

1513593

Paralegal time:

0.3 hours @ $75/hour: Data and information management; organize file

0.2 hours @ $75/hour: Information and data management; organize file

0.4 hours @ $75/hour: Docket Scheduling Order; information and data management, including organization of file

0.2 hours @ $75/hour: Information and data management; organize file

**July 2006**

Attorney time:

0.2 hours @ $205/hour: Confer with Defendant's counsel regarding when to expect discovery responses and status of settlement talks

**October 2006:**

Attorney time:

1.7 hours @ $205/hour: Review and edit Motion for Summary Judgment and supporting Brief; confer with General Counsel regarding suggestions

1.7 hours @ $205/hour: Draft, edit, and prepare Exhibits for Motion for Summary Judgment and supporting Brief

0.1 hours @ $205/hour: Receipt and review of Order setting Briefing Schedule on our Motion for Summary Judgment and inform General Counsel of same

1.9 hours @ $205/hour: Review Scheduling Order; confer with former law clerk of Judge Albritton regarding submission of proposed Order; draft and edit Proposed Order and Reply Brief supporting Motion for summary Judgment; review attorney fees billed and unbilled and begin drafting Certification of Fees for filing

| | | |
|---|---|---|
| **TOTAL ATTORNEY TIME:** | 12.1 hours x $205/hour | **$ 2,480.50** |
| **TOTAL PARALEGAL TIME:** | 1.1 hours x $75/hour | **$ 82.50** |

**COSTS/EXPENSES:**

Filing Fees                                    $250.00

1513593                                           2

| | |
|---|---|
| Overnight Mail | 8.94 |
| Photocopy Expense | 77.40 |
| Postage | 13.64 |
| Long Distance Phone Calls | 20.00 |
| Scan Expenses | 4.20 |
| **TOTAL COSTS:** | **$374.18** |

**TOTAL ATTORNEY TIME, PARALEGAL TIME AND COSTS:   $ 2,937.18**