IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>**Plaintiff,**<br><br>v.<br><br>MONTGOMERY AND ASSOCIATES, M.D., P.A. (successor by name change to MONTGOMERY & WARMUTH, M.D., P.A.,<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:06cv241-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COMES NOW Elizabeth B. Shirley, an attorney with the law firm of Burr & Forman, LLP, and hereby files her notice of appearance on behalf of Plaintiff, ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company. The undersigned attorney respectfully requests to receive notice and service of all matters related to the above-styled case.

Dated this the 15th day of November, 2006.

                                        Respectfully submitted,

                                        s/Elizabeth B. Shirley
                                        Elizabeth B. Shirley ASB-8958-E56B

                                        Attorneys for Plaintiff
                                        ASD SPECIALTY HEALTHCARE, INC. D/B/A ONCOLOGY SUPPLY

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1518957

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 15th day of November, 2006:

Charles L. Truncale, Esquire  
Law Office of Charles L. Truncale, LLC  
1510 North Ponce de Leon Blvd. Suite B  
St. Augustine, FL 32084

                                                     s/Elizabeth B. Shirley_____  
                                                     Of Counsel